UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XOCHI F. ROSE, o/b/o G.H.B., <br><br> Plaintiff, <br><br> v. <br><br> BOB FERGUSON, et al., <br><br> Defendants. | CASE NO. C17-1920-JCC <br><br> ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's IFP application (Dkt. 1) is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). *See also Rose v. Washington*, No. C17-1900-RAJ. The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 3rd day of January, 2018.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge