Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XOCHI F. ROSE,<br><br>           Plaintiff,<br>  v.<br>STATE OF WASHINGTON, *et al.*,<br><br>           Defendants. | Case No. C17-1900RAJ<br><br><br>MINUTE ORDER |
| XOCHI F. ROSE,<br><br>           Plaintiff,<br>  v.<br>WASHINGTON STATE ATTY. GEN.<br>BOB FERGUSON, *et al.*,<br><br>           Defendants. | Case No. C17-1920RAJ |

The Clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

This matter comes before the Court upon Plaintiff's Motion to Consolidate Cases. Having considered Plaintiff's motion, and to conserve the resources of the parties and the Court, Plaintiff's motion is granted in part and denied in part. The Clerk is directed to consolidate Case No. C17-1900RAJ into Case No. C17-1920RAJ. In the future, all filings must be filed in the master file, C17-1900RAJ. The Court denies Plaintiff's request to consolidate these matters with C17-1899RSM.

MINUTE ORDER - 1

The Clerk shall enter this Minute Order in both C17-1900RAJ and C17-1920RAJ.

DATED this 27th day of March, 2018.

          WILLIAM M. McCOOL,
          Clerk of the Court

          */s/ Tomas Hernandez*
          Deputy Clerk

MINUTE ORDER - 2